UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| THOMAS J. ORLER and | ) | Case No.14-28548-svk |
| KARRIN D. ORLER, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS**

Nickolai & Poletti, LLC (hereinafter, "Counsel"), makes this Application for Fees and Costs pursuant to Bankruptcy Rule 2016 and Bankruptcy Code Section 331. This application is made to receive fees in due course from the bankruptcy estate administered by the Chapter 13 Trustee.

Upon the commencement of Counsel's representation of the Debtors in the above-captioned case, Debtors agreed that legal services were to be billed at $230.00 per hour for services rendered by the firm's attorneys and $100.00 per hour for services rendered by the firm's paralegals, plus costs. Additionally, all costs are to be paid by the Debtors. Costs are assessed at the actual amounts advances by Nickolai & Poletti, LLC.

Debtors are to be the source of all compensation and Counsel has not shared any fees with any other party, and has no agreement to do so in the future. Counsel requests reasonable compensation of $230.00 per hour for services rendered by the firm's attorneys and $100.00 per hour for services rendered by the firm's paralegals for the activities described on the attached detailed billing statement along with actual costs (Exhibit A). The services provided were necessary and beneficial toward the completion of the case and were performed in a reasonable and customary manner.

Drafted by:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com

Counsel's request includes, but is not limited to, payments for services due to preparing and filing a post-confirmation plan amendment necessary after a creditor amended its claim post-confirmation.

Counsel believes that interim compensation will not create an undue hardship on any party, since payments can be made in the usual course of the Chapter 13 plan. If, towards the end of the case, claims are in excess of Debtors' ability to fund, Debtors may seek modification under Local Rule 3015.2.

Accordingly, Counsel requests an order for additional compensation in the amount of $500.00 for attorneys' fees and $0.00 for costs. Further, Counsel requests direction to the Chapter 13 Trustee to pay all available funds to Counsel each month until the fees are paid in full. If there are remaining secured creditors, Counsel shall receive one-half (½) of all available funds each month until the secured claims are paid in full.

Dated: <u>May 12, 2017</u>.

Nickolai & Poletti, LLC
Attorneys for Debtors


 /s/ Anton B. Nickolai
By: Anton B. Nickolai
State Bar No. 1060676

Drafted by:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI  53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com